No. 1045. CROCKETT *v.* UNITED STATES. On petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit. June 8, 1942. In view of the Government's concession that the remedy of habeas corpus is available to petitioner to try his allegations, the petition for writ of certiorari is denied, but without prejudice to an application for habeas corpus to the proper district court. 28 U. S. C., § 452. The motion for leave to proceed further *in forma pauperis* is denied. *William C. Crockett, pro se. Solicitor General Fahy, Assistant Attorney Gen-*

*eral Berge,* and *Mr. W. Marvin Smith* for the United States.